**08 CV 00451**

JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDERIC JOEL COHEN, M.D., P.C. (Edward J. Raynie and Katena L. Raynie),

                  Plaintiff,

-against-

UNITED HEALTHCARE OF NEW YORK, INC. and CABLE AND WIRELESS USA, INC.,

                  Defendants.

-----------------------------------------------------------------X

Civ. No. _____

**RULE 7.1 DISCLOSURE**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, United Healthcare of New York, Inc., a non-governmental corporate defendant in the above-entitled action, certifies that UnitedHealthcare, Inc. is the parent company of United Healthcare of New York, Inc.

Dated: Uniondale, New York
       January 17, 2008

                                  Respectfully submitted,

                                  Peter P. McNamara (PPM-2075)
                                  RIVKIN RADLER LLP
                                  Attorneys for Defendant
                                  UNITED HEALTHCARE OF NEW YORK, INC.
                                  926 RexCorp Plaza
                                  Uniondale, New York 11556-0926
                                  516-357-3000
                                  RR File No.: 009456-00220

TO:   Robert A. Santucci, Esq.
        SANTUCCI & ASSOCIATES
        110 Wall Street – 11th Floor
        New York, NY 10005-3817
        (212) 709-8357

2111838 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERIC JOEL COHEN, M.D., P.C. (Edward J. Raynie and Katena L. Raynie),

Plaintiff,

-against-

UNITED HEALTHCARE OF NEW YORK, INC. and CABLE AND WIRELESS USA, INC.,

Defendants.

## RULE 7.1 STATEMENT

RIVKIN RADLER LLP

*Attorneys for* Plaintiff

EAB PLAZA
UNIONDALE, NEW YORK 11556-0111
(516) 357-3000

FILE # 009456 00220 /

*To:*

*Attorney(s) for*

Service of a copy of the within          is hereby admitted.

*Dated:*

..................................................

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐   that the within is a (certified) true copy of a
NOTICE OF   entered in the office of the clerk of the within named Court on    20
ENTRY

☐   that an Order of which the within is a true copy will be presented for settlement to the Hon.
NOTICE OF                    one of the judges of the within named Court,
SETTLEMENT  *at*
          *on*                  20    , *at*      M.

Check Applicable Box

*Dated:*

RIVKIN RADLER LLP

*Attorneys for*

EAB PLAZA
UNIONDALE, NEW YORK 11556-0111

*To:*

FILE # _____/

*Attorney(s) for*