UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDERIC JOEL COHEN, M.D., P.C. (Edward J. Raynie    Civ. No. 08 CV 00451(GBD)(HP)
and Katena L. Raynie),

                       Plaintiff,        **CERTIFICATE OF SERVICE**

            -against-

UNITED HEALTHCARE OF NEW YORK, INC. and
CABLE AND WIRELESS USA, INC.,

                       Defendants.

-----------------------------------------------------------------X

       I, Virginia A. Donlon being sworn, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1.     I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

2.     On January 18, 2008, I served the Notice of Removal with exhibit, Civil Cover Sheet and Rule 7.1 Disclosure Statement on behalf of Defendant United Healthcare of New York, Inc. on counsel to the plaintiff in this action and upon defendant Cable and Wireless USA, Inc. by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to at the following addresses:

Robert A. Santucci, Esq.              Cable and Wireless USA, Inc.
SANTUCCI & ASSOCIATES       200 West Mercer Street
110 Wall Street – 11th Floor          Seattle, WA 98119
New York, NY 10005-3817

Dated: Uniondale, New York
         January 18, 2008

                                                         *Virginia A. Donlon*
                                                         Virginia A. Donlon

Sworn to before me this
18th day of January, 2008

*Eileen A. Pangarliotas*
Notary Public

EILEEN A PANGARLIOTAS
Notary Public, State of New York
No. 01PA5054692
Qualified in Nassau County
Commission Expires January 22, 20__