UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FREDRIC JOEL COHEN, M.D., P.C. (Edward J. Raynie
and Katena L. Raynie),

                                              Civ. No. 08-00451-(GBD)(HP)

                     Plaintiff,

           -against-                     **AFFIDAVIT OF SERVICE**

UNITED HEALTHCARE OF NEW YORK, INC. and
CABLE AND WIRELESS USA, INC.,

                     Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK      )
                                 ) SS. :
COUNTY OF NASSAU     )

      I, Virginia A. Donlon, being sworn, say:

      I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

      On February 28, 2008, I served the within **AMENDED ANSWER**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

ROBERT A. SANTUCCI, ESQ.
SANTUCCI & ASSOCIATES
110 Wall Street – 11th Floor
New York, New York 10005-3817
Attorney for Plaintiff

                                                  _____
                                                  Virginia A. Donlon

Sworn to before me this
28th day of February, 2008

_____
Notary Public

DIANA DORSEY
Notary Public, State of New York
No. 01DO6067959
Qualified in Nassau County
Commission Expires December 24, 2009

2126232 v1