# LAW OFFICES OF
# SANTUCCI & ASSOCIATES

New York
110 Wall Street
11th Floor
New York, New York 10005-3817
Telex: 2838148RII UR
Fax: (212) 943-2300
Tel. (212) 709-8357

Long Island
PO Box 416
[illegible] 11977
Fax (631) [illegible]
Tel: (631) 325-7747

SDNY
[illegible] FILED
D: APR 29 2008

**SO ORDERED**
The conference is adjourned to May 13, 2008 at 9:30 a.m.
*George B Daniels*
HON. GEORGE B. DANIELS

April 28, 2008

Hon. George B. Daniels
Room 630
500 Pearl Street
New York, New York 10007

Re: Fredric Joel Cohen, M.D., P.C. v. United Healthcare of New York, et al.
   S.D.N.Y. Civ. No. 08 CV 00451 (GBD) (HP)

Dear Judge Daniels:

   Please be advised we represent the Plaintiff in this matter.

   A conference is scheduled for April 30, 2008 at 9:30 AM which we would respectfully request be adjoined for at least two weeks and a date set at the pleasure of the Court.

   This is the first request for an adjournment and the attorney for the Defendant, has no objection to the matter being adjoined.

   Thank you for your kind attention to the matter and if there are any questions please call me.

Sincerely yours,

Robert A. Santucci (6496)

cc: Rivkin Radler, LLP
   Peter P. McNamara, Esq.
   Via fax