

**RIVKIN RADLER**

PETER P. MCNAMARA
PARTNER
(516) 357-3045
peter.mcnamara@rivkin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 6 2008
```

May 2, 2008

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street – Room 630
New York, New York 10007

MAY 0 6 2008

SO ORDERED
The conference is adjourned to
May 29, 2008 at 9:30 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: *Frederic Joel Cohen, M.D., P.C. v. United Healthcare of New York, Inc., et al.*
S.D.N.Y. Civ. No. 08 CV 00451(GBD)(HP)
RR File No.: 009456-00220

Dear Judge Daniels:

This firm represents defendant, United Healthcare Insurance Company (sued herein as "United Healthcare of New York") in the captioned action. I am writing with respect to the Court's Order rescheduling for May 13, 2008 the conference that was to be held on April 30th in the captioned action.

Due to a scheduling conflict on May 13, 2008, I respectfully request that the conference be rescheduled. I presently am available on May 15-16 of that week, or May 19-22 the following week.

I have conferred with plaintiff's counsel, Robert A. Santucci, Esq., who has confirmed that he has no objection to this request, and is likewise available on any of those dates.

I thank the Court for its consideration of this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Peter P. McNamara (2075)

PPM:vad
cc: Robert A. Santucci, Esq.
    Santucci & Associates
    110 Wall Street - 11th Floor
    New York, New York 10005-3817

1115559 v1

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel 516 357 3000
Fax 516 357 3333

www.rivkinradler.com